## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JOSEPH NORAH**                                    **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                          **No. 15-1648**

**JAMES LEBLANC, ET AL.,**                          **SECTION "E"**
    **Defendants**

### ORDER

    The Court has considered the Petition, the record, the applicable law, the Report and Recommendation of the magistrate judge. The Court has also considered the objections to the Report and Recommendation filed by the Petitioner.[1] The findings of fact and conclusions of law of the magistrate judge are correct and her Report and Recommendation is adopted.[2]

    **IT IS ORDERED** that the petition of Joseph Norah be and hereby is **DISMISSED WITH PREJUDICE.**

    **New Orleans, Louisiana, this 12th day of December, 2016.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 23.
[2] R. Doc. 22.